# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SONG FI, INC.**, *et al*., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-1283 (RMC) |
| **GOOGLE INC. and YOUTUBE, LLC,** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' motion for a preliminary injunction [Dkt. 3] is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that Defendants' motion to dismiss [Dkt. 18] is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the U.S. District Court for the Northern District of California, where Santa Clara County is located.

This case is closed.

Date: October 29, 2014

                                                    /s/
                                      ROSEMARY M. COLLYER
                                      United States District Judge